IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANNETTE BROWN,                     )
                                   )
            Plaintiff,             )
                                   )
v.                                 )      Case No. 21-2479-JAR
                                   )
STATE OF KANSAS, et al.            )
                                   )
            Defendants.            )

## **ORDER**

The pro se plaintiff, Annette Brown, has moved to proceed with this action in forma pauperis ("IFP application") (ECF No. 3).  On November 15, 2021, the undersigned U.S. Magistrate Judge, James P. O'Hara, entered a report and recommendation, suggesting the presiding U.S. District Judge, Julie A. Robinson, deny plaintiff's IFP application because plaintiff did not file a supplemental financial affidavit that would support the waiver of court costs and fees (ECF No. 12).  On November 18, 2021, plaintiff filed a motion for reconsideration of the report and recommendation, which included the missing financial information (ECF No. 13).  The court now finds information in the record supports the granting of plaintiff's IFP application.

IT IS THEREFORE ORDERED that plaintiff's IFP application (ECF No. 3) is granted.  If not previously provided, plaintiff is directed to provide the addresses of all named defendants by no later than **December 2, 2021**, so that the Clerk of the Court may proceed with service of process.  The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

O:\ORDERS\21-2479-JAR-3, 12, 13docx.docx

IT IS FURTHER ORDERED that plaintiff's motion for reconsideration (ECF No. 13) of the report and recommendation is granted.  The report and recommendation (ECF No. 12) shall be deemed moot.

A copy of this order shall be mailed to plaintiff by certified and regular mail.

IT IS SO ORDERED.

November 18, 2021, at Kansas City, Kansas.

                                             s/ James P. O'Hara  
                                            James P. O'Hara  
                                            U. S. Magistrate Judge