IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANNETTE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-2479-JAR |
| | ) |
| STATE OF KANSAS, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 18, 2021, the court granted plaintiff's motion to proceed with this action in forma pauperis and ordered plaintiff to "provide the addresses of all named defendants by no later than December 2, 2021, so that the Clerk of the Court may proceed with service of process."[1] More than a month has passed since that deadline, and plaintiff still has not provided defendants' addresses.

IT IS THEREFORE ORDERED that plaintiff submit the addresses for summonses to the Clerk's Office by **January 18, 2022**, or file a response to this order showing cause why the case shouldn't be dismissed, without prejudice, for lack of prosecution under Fed. R. Civ. P. 41(b).

A copy of this order shall be mailed to plaintiff by certified and regular mail.

January 3, 2022, at Kansas City, Kansas.

   s/ James P. O'Hara
James P. O'Hara
U. S. Magistrate Judge

---

[1] ECF No. 14.

O:\ORDERS\21-2479-JAR-SCO.docx